1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8

**\* \* \***

9   ROBERT ALAN BAILEY,                    )
                                            )
10                     Plaintiff(s),        )        Case No. 2:06-cv-0639-RLH-LRL
                                            )
11          vs.                             )        **O R D E R**
                                            )
12   FRAN ABRAMO, *et al.*,                 )
                                            )
13                     Defendant(s).        )
    _____)

14

15          Before the Court is an Order and Recommendation (#137) entered by the Honorable

16   Lawrence R. Leavitt, regarding Plaintiff's Motion to Compel (#118) and Motion for Rule 37

17   Sanctions (#122).

18          Plaintiff filed Objections to Judge Leavitt's Report and Recommendations (#143)

19   regarding his Motion for Rule 37 Sanctions, in accordance with Local Rules IB 3-1and 2 of the

20   Rules of Practice of the United States District Court for the District of Nevada.

21          The Court has conducted a *de novo* review of the record in this case in accordance

22   with 28 U.S.C. §636(b)(1)(A), (B), and (C) and Local Rule IB 3-1  and determines that the Order of

23   Magistrate Judge Leavitt is not clearly erroneous or contrary to law and should be affirmed.

24          The court has conducted a *de novo* review of the record in this case in accordance

25   with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and

26   Recommendation of Magistrate Judge Leavitt should be accepted and adopted.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Order and Recommendation (#137) is AFFIRMED and ADOPTED, Plaintiff's Objections (#143) are overruled, and Plaintiff's Motion to Compel (#118) and Motion for Rule 37 Sanctions (#122) are denied.

Dated:   August 7, 2009.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**

2