## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT ALAN BAILEY, | ) |
| Plaintiff, | ) |
| | )   2:06-cv-00639-LDG-LRL |
| v. | ) |
| | )   **MINUTE ORDER** |
| FRAN ABRAMO, *et al.*, | ) |
| Defendants. | ) |
| | )   Dated:   August 23, 2010 |

PRESENT:   THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:   Carol DePino     RECORDER:   None

COUNSEL FOR PLAINTIFF(S):   None Appearing

COUNSEL FOR DEFENDANT(S):   None Appearing

Before the court is plaintiff's Motion Requesting Transcripts Without Payment (#238) pursuant to 28 U.S.C. § 753(f). Defendants filed an Opposition (#239) to the motion. No reply was filed.

Plaintiff's motion must be denied because he does not meet the requirements of 28 U.S.C. § 753(f). Section 753(f) provides, "Fees for transcripts furnished in other proceedings to persons permitted to appeal in forma pauperis shall also be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)." As defendants specifically note, the record is silent as to whether plaintiff has been permitted to appeal in forma pauperis, and as to whether a judge has certified that the appeal is not frivolous. Despite defendants' pointing to these deficiencies, plaintiff did not file a reply to cure them. While plaintiff's motion will be denied, the court will do so without prejudice so that plaintiff may refile the motion if he can cure the deficiencies noted herein. Accordingly,

IT IS ORDERED that plaintiff's Motion Requesting Transcripts Without Payment (#238) is denied without prejudice.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**